May 29, 2014



# **JUDGMENT**

# The Fourteenth Court of Appeals

NICOLAS BUSTOS, Appellant

NO. 14-12-00625-CR                                V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. The record reveals no error in the judgment. The Court orders the judgment be **AFFIRMED**.

      We further order appellant pay all costs expended in the appeal.

      We further order this decision certified below for observance.